# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2348
_____

United States of America

*Plaintiff - Appellee*

v.

Rosco Demar Lewis

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: February 6, 2026
Filed: February 18, 2026
[Unpublished]
_____

Before LOKEN, KELLY, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Rosco Lewis appeals the sentence the district court[1] imposed after he pleaded guilty to drug offenses. His counsel has moved to withdraw and has filed a brief

---

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Lewis. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. McCauley*, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting that it is "nearly inconceivable" that the district court abused its discretion in not varying further when it varied below the United States Sentencing Guidelines Manual range). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw and affirm.

_____